**No. 54848.**—Pacific Merchandise Co., Inc. *v.* United States, protest 984576–G (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.